

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00639-CV

Paul **COOK**, et al.,
Appellants

v.

**CHICAGO TITLE OF TEXAS LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV01277
Honorable J. Frank Davis, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED for failure to pay the filing fee. Costs of this appeal are taxed against appellant.

SIGNED December 7, 2022.

_____
Rebeca C. Martinez, Chief Justice